UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HECTOR RODRIGUEZ,

    Plaintiff,

v.                                      Case No. 14-C-1034

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

## ORDER

Plaintiff has filed a Notice of Appeal of this Court's Decision and Order on plaintiff's complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

It appears from his affidavit of indigence that he lacks the financial resources to pay the filing fee. Accordingly, his motion is granted and the filing fee is waived.

**SO ORDERED** this 27th day of October, 2015.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court